■ THEODORE WHEATON et al., Respondents, v WALTER GUTHRIE, Appellant. (Appeal No. 1.) — Appeal unanimously dismissed as moot. (Appeal from judgment of Supreme Court, Wyoming County, Purple, J. — negligence.) Present — Simons, J. P., Hancock, Jr., Callahan, Doerr and Denman, JJ.